**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7953**

CLARENCE J. PERRY, JR.,

             Plaintiff - Appellant,

        v.

J. P. FULTON, Judge: Norfolk Circuit Court; S. CATHERINE
DODSON, Commonwealth Attorney Norfolk Circuit Court; WALTER
B. DALTON, Court-Appointed Attorney Norfolk Circuit Court,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Mark S. Davis, District
Judge.  (2:08-cv-00368-MSD-TEM)

Submitted:  February 26, 2009      Decided:  March 6, 2009

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence J. Perry, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence J. Perry, Jr., appeals the district court's order dismissing his 42 U.S.C. §§ 1985, 1986 (2000) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Perry v. Fulton, No. 2:08-cv-00368-MSD-TEM (E.D. Va. Aug. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2